AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

CHRISTOPHER W. KALINSKI, on behalf of himself and others similarly situated,

*Plaintiff(s)*

v.

Civil Action No. 23-cv-8881

DUTCHESS SCHOOL OF DRIVING, INC., ISA MARINARO, MARIA DOMINIJANNI, and JOHN DOES as the top 10 shareholders of DUTCHESS SCHOOL OF DRIVING, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dutchess School of Driving, Inc., 653 Route 32, Hopewell Junction, NY 12533
Isa Marinaro, 653 Route 32, Hopewell Junction, NY 12533
Maria Dominijanni, 653 Route 32, Hopewell Junction, NY 12533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer S Echevarria, Esq.
Echevarria Law, PLLC
PO Box 1053
Warwick NY 10990

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/2023

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*