# Echevarria Law, PLLC

P.O. Box 10
Warwick, New Yo

Jennifer S. Echevarria, Esq.*          Jennifer@EchevarriaLa
*Admitted in NY, NJ, CT

> To the extent Plaintiff seeks a pre-motion conference in connection with a discovery dispute, that application is denied without prejudice for failure to comply with the Court's Individual Practices. Plaintiff may renew his request by filing a joint letter as set forth in Rule 4(D).
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 4, 2024

Hon. Philip M. Halpern                 [Via ECF]
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:   Christopher W. Kalinski v. The Dutchess School of Driving, Inc., *et al.*
      Case No.: 23-cv-08881 (PMH)
      Requesting Court Order for Production of Defendants' Insurance Policy

Dear Judge Halpern:

The undersigned represents Plaintiff in the above-referenced matter.

The Court's Civil Case Discovery Plan and Scheduling Order dated February 15, 2024, required the parties to exchange Initial Disclosures by February 29, 2024. Plaintiff timely served his disclosures.

After prompting by Plaintiff's counsel over the weekend, Defendants served their Initial Disclosures today, March 4, 2024, identifying an applicable insurance policy as required by FRCP Rule 26(a)(1)(A)(iv). Plaintiff then requested a copy of the insurance policy for inspection, and Defendants responded that they will not provide a copy of the insurance policy unless ordered to do so by the Court.

The parties are scheduled to participate in Court-ordered mediation on March 13, 2024. It is Plaintiff's position that having a copy of the insurance policy would assist the parties in having a productive mediation, and in any event Plaintiff was entitled to a copy of the policy (not just the right to know that a policy exists) under FRCP Rule 26(a)(1)(A)(iv).

Plaintiff thanks the Court for its attention to this matter.

Respectfully submitted,

Jennifer S. Echevarria

Cc:   Sasha Robins, Esq. (via ECF)