UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER W. KALINSKI,

                Plaintiff,                Civil Action No.: 23-cv-08881(PMH)

    -against-                            NOTICE OF ACCEPTANCE OF
                                                    DEFENDANTS' RULE 68 OFFER
DUTCHESS SCHOOL OF DRIVING, INC.,         OF JUDGMENT TO PLAINTIFF
ISA MARINARO, MARIA DOMINIJANNI,
and JOHN DOES as the top 10 shareholders of
DUTCHESS SCHOOL OF DRIVING, INC.,

                Defendants.
-----------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

Now comes Plaintiff, CHRISTOPHER W. KALINSKI, by and through his attorney, Jennifer S. Echevarria, Esq., Echevarria Law, PLLC, and presents for filing Plaintiff's Acceptance of Defendants' Offer of Judgment Pursuant to Rule 68.

1. On October 10, 2023, Plaintiff filed this action against Defendants, and subsequently filed an Amended Complaint on November 17, 2023.

2. On March 13, 2024, Defendants Dutchess School of Driving, Inc., Isa Marinaro, and Maria Dominijanni, served an Offer of Judgment in this action in the amount of $70,000.00, annexed hereto as Exhibit "A."

3. Pursuant to Federal Rule of Civil Procedure Rule 68, Plaintiff timely served written notice of his acceptance of the Offer via email to Defendants' attorney of record and has authorized her to file same with the Court.

Dated: March 16, 2024                          Respectfully submitted,

                                                        Jennifer S. Echevarria, Esq. (je5544)
                                                        Echevarria Law, PLLC
                                                        Attorneys for Plaintiff
                                                        P.O. Box 1053
                                                        Warwick, NY 10990
                                                        (T) 845-544-7644
                                                        (E) Jennifer@EchevarriaLawPLLC.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 16, 2024, I caused to be served a true and correct copy of Plaintiff's Notice of Acceptance of Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68, via email to Defendants' counsel of record:

Alexandra L. Robins [srobins@kaufmandolowich.com]

Dated: Warwick, New York
       March 16, 2024

                                                              _____
                                                              Jennifer S. Echevarria, Esq. (je5544)
                                                              Echevarria Law, PLLC
                                                              Attorneys for Plaintiff
                                                              P.O. Box 1053
                                                              Warwick, NY 10990
                                                              (T) 845-544-7644
                                                              (E) Jennifer@EchevarriaLawPLLC.com

2

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTOPHER W. KALINSKI,
*on behalf of himself and others similarly situated,*   No. 23-cv-08881(PMH)

                Plaintiff,   **OFFER OF JUDGMENT**

   -against-

DUTCHESS SCHOOL OF DRIVING, INC.
ISA MARINARO, MARIA DOMINIJANNI,
and JOHN DOES as the top 10 shareholders of
DUTCHESS SCHOOL OF DRIVING, INC.,

                Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") Defendants DUTCHESS SCHOOL OF DRIVING, INC., ISA MARINARO, and MARIA DOMINIJANNI hereby make an offer of judgment to Plaintiff CHRISTOPHER W. KALINSKI in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorneys' fees.

**TAKE FURTHER NOTICE** that, pursuant to the FRCP, within fourteen (14) days of the date this offer, Plaintiff shall advise the undersigned, in writing, of his acceptance or rejection of this offer, and that failure to respond within that time shall be deemed a rejection.

Dated: White Plains, New York
       March 13, 2024

                                                    Alexandra L. Robins

                                                    KAUFMAN DOLOWICH LLP
                                                    *Attorneys for Defendants*
                                                    245 Main Street, Ste 330
                                                    White Plains, New York 10601