UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER W. KALINSKI, on behalf of himself and others similarly situated,

                      Plaintiff,

v.

DUTCHESS SCHOOL OF DRIVING, INC., ISA MARINARO, MARIA DOMINIJANNI, and JOHN DOES as the top 10 shareholders of DUTCHESS SCHOOL OF DRIVING, INC.,

                      Defendants.

**JUDGMENT**

Civil Action No.: 7:23-cv-08881-PMH

**WHEREAS,** Plaintiff Christopher W. Kalinski commenced this action by filing a complaint on or about October 10, 2023, and an amended complaint on November 17, 2023, alleging that he is entitled to unpaid wages and other damages from Defendants Dutchess School of Driving, Inc., Isa Marinaro, and Maria Dominijanni ("Defendants");

WHEREAS, on March 13, 2024, Defendants served Plaintiff with an Offer of Judgement pursuant to Rule 68 of the Federal Rules of Civil Procedure (FRCP);

WHEREAS, on March 16, 2024, Plaintiff accepted the Offer of Judgment, and therefore it is hereby:

ORDERED, ADJUDGED, AND DECREED, that Plaintiff takes judgment against Defendants for the total sum of $70,000.00 in full satisfaction of all claims against Defendants; said $70,000.00 offer being inclusive of all costs, disbursements, and attorneys' fees in Plaintiff's favor. The Judgment is made for the purposes specified in Rule 68 of the FRCP and is not to be construed as an admission of liability by Defendants.

1

Dated: March ___, 2024
       White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          Philip M. Halpern
                                          United States District Judge